1  Fred W. Schwinn (SBN 225575)
   fred.schwinn@sjconsumerlaw.com
2  Jovanna R. Longo (SBN 251491)
   jovanna.longo@sjconsumerlaw.com
3  CONSUMER LAW CENTER, INC.
   12 South First Street, Suite 416
4  San Jose, California  95113-2418
   Telephone Number: (408) 294-6100
5  Facsimile Number: (408) 294-6190

7  Attorney for Plaintiff
   ROBERT W. ZUCHOWSKI

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ROBERT W. ZUCHOWSKI,<br><br>  Plaintiff,<br><br>v.<br><br>M.R.S. ASSOCIATES, INC., a New Jersey corporation,<br><br>  Defendant. | Case No.  C08-01825-HRL<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

COMES NOW the Plaintiff, ROBERT W. ZUCHOWSKI, by and through counsel, Jovanna R. Longo of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully notifies this Court that Plaintiff, ROBERT W. ZUCHOWSKI, hereby dismisses, with prejudice, all claims made by him against M.R.S. ASSOCIATES, INC., in his Complaint filed herein on April 4, 2008.  Plaintiff further notifies the Court that his dispute with the Defendants has been settled.

CONSUMER LAW CENTER, INC.

By: /s/ Jovanna R. Longo
   Jovanna R. Longo, Esq.
   Attorney for Plaintiff
   ROBERT W. ZUCHOWSKI

-1-
NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE                    Case No. C08-01825-HRL